IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARMETTA R. WALLACE-JOHNSON, § § § § | | |
| Plaintiff, § § | | |
| v. § | Civil Action No. 4:14-cv-753-O | |
| § | | |
| STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY, § § § § | | |
| Defendant. § § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 6. The Magistrate Judge recommended that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF No. 3) should be denied because her disability income alone placed her above the poverty line. Plaintiff filed an objection raising concerns about the Court not considering her monthly expenses and about mistakes she made on the IFP form regarding her reported income. *See* Pl.'s Objection, ECF No. 7. The Court has conducted a de novo review of those portions of the proposed findings and recommendation to which an objection was made.

Plaintiff is obligated to present all pertinent information before the Magistrate Judge in the initial request. However, considering Plaintiff's disability income alone versus all of Plaintiff's reported monthly expenses, the Court finds that Plaintiff has sufficient resources to pay the filing fee. Therefore, the Court **OVERRULES** Plaintiff's objections and **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Defendant's Motion for Leave to Proceed In Forma Pauperis (ECF No. 3) is hereby **DENIED**. Plaintiff's complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless she pays to the Clerk of Court the filing and administrative fees within seven (7) days after this order.

**SO ORDERED** on this **10th day of October, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE